Sent By: CORCORAN FITZGERALD HENNESSY; 6176966704; Jan-9-04 3:42PM; Page 5/9
Case 1:03-cv-12456-GAO Document 2 Filed 01/27/2004 Page 1 of 2
AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

Daniel F. Donahue

v.

Unumprovident Corporation, D/B/A
Unum Life Insurance Company of
America

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**03-12456 GAO**

TO: (Name and Address of Defendant)

Unum Provident Corporation c/o CT Corporation System
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Kevin Donius, Esq.
Corcoran, FitzGerald & Hennessy, LLC
500 Granite Avenue, Milton, MA 02186

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK: TONY ANASTAS

BY DEPUTY CLERK

DATE: December 8, 2003

I hereby certify and return that today, January 12, 2004, I served a true and attested copy of the within Summons together with a copy of the complaint with Civil Action Cover Sheet in this action upon the within named UnumProvident Corporation, by giving in hand to Yvette Concepcion Agent in Charge. Said service was effected at: UnumProvident Corporation, c/o CT Corporation System, 101 Federal Street, Boston, MA 02110.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on January 12, 2004.

**Francis Davis,** Constable, City of Boston
& Disinterested Person over Age 18.


Service & Travel:$35.00


**Butler and Witten**
Boston, MA
(617) 325-6455