UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL F. DONAHUE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 03-12456-GAO |
| ) | |
| UNUMPROVIDENT CORPORATION ) | |
| d/b/a UNUM LIFE INSURANCE ) | FILING FEE PAID: |
| COMPANY OF AMERICA, ) | RECEIPT # 53508 |
| ) | AMOUNT $ 50.00 |
| Defendant ) | BY DPTY CLK |
| | DATE 2/2/04 |

## MOTION TO ADMIT ATTORNEY GERALDINE G. SANCHEZ
### *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

(1)     Defendant Unum Life Insurance Company of America ("Unum") seeks to have Attorney Geraldine G. Sanchez appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to the Local Rule 83.5.3.

(2)     I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for Defendant Unum in this case. I am a partner in the law firm of Pierce Atwood.

(3)     I am actively associated with Attorney Geraldine G. Sanchez, who is a partner at Pierce Atwood.

(4)     Accompanying this Motion is a Certificates by Geraldine G. Sanchez certifying that she meets the requirements specified in Local Rule 83.5.3.

(5)     No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

{W0204234.1}

WHEREFORE, I hereby move that Geraldine G. Sanchez be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

DATED:  January 30, 2004

*[signature]*
John J. Aromando, BBO # 545648
PIERCE ATWOOD
One Monument Square
Portland, ME  04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0204234.1}