UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL F. DONAHUE, </br></br>  Plaintiff </br></br> v. </br></br> UNUMPROVIDENT CORPORATION </br> d/b/a UNUM LIFE INSURANCE </br> COMPANY OF AMERICA, </br></br>  Defendant | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 03-12456-GAO </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below-named attorney enters an appearance as counsel for Defendant Unum Life Insurance Company of America:

> John J. Aromando
> Pierce Atwood
> One Monument Square
> Portland, ME 04101
> (207) 791-1100

DATED: January 30, 2004

_____
John J. Aromando

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0204234.1}