UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL F. DONAHUE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 03-12456-GAO |
| ) | |
| UNUMPROVIDENT CORPORATION ) | |
| d/b/a UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant ) | |

## CORPORATE DISCLOSURE STATEMENT

Unum Life Insurance Company of America has not issued shares to the public nor has its subsidiaries or affiliates. Its parent company, UnumProvident Corporation, has issued shares to the public.

DATED: January 30, 2004

_____
John J. Aromando (BBO# 545648)
PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

Attorneys for Defendant

{W0204503.1}

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the within documents were served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

>   Kevin Donius, Esq.
>   Corcoran, Fitzgerald & Hennessey, LLC
>   500 Granite Avenue
>   Milton, MA  02186

DATED: 1/30/04

John J. Aromando, BBO #545648

PIERCE ATWOOD
One Monument Square
Portland, ME  04101
(207) 791-1100

{W0204234 1}