UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL F. DONAHUE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 03-12456-GAO |
| ) | |
| UNUMPROVIDENT CORPORATION ) | |
| d/b/a UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant ) | |

### ASSENTED-TO MOTION FOR ENLARGEMENT OF
### TIME TO RESPOND TO COMPLAINT

Defendant Unum Life Insurance Company of America respectfully moves for an enlargement of the time within which to serve a responsive pleading to Plaintiff's Complaint up through and including February 16, 2004. This enlargement of time should not interfere with the trial schedule of the matter.

Counsel for Plaintiff, Kevin Donius, Esq., consents to this Motion.

WHEREFORE, Defendant Unum Life Insurance Company of America moves for an enlargement of the time within which to serve a responsive pleading to Plaintiff's Complaint up through and including February 16, 2004.

{W0204243.1}

DATED: January 30, 2004

                                                  John J. Aromando (BBO# 545648)
                                                  PIERCE ATWOOD
                                                  One Monument Square
                                                  Portland, ME 04101
                                                  (207) 791-1100

                                                  Attorneys for Defendant