UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 14 A 11: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DANIEL F. DONAHUE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 03-12456-GAO |
| ) | |
| UNUMPROVIDENT CORPORATION ) | |
| d/b/a UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | FILING FEE PAID: |
| ) | RECEIPT # 56546 |
| ) | AMOUNT $ 50.00 |
| Defendant ) | BY DPTY CLK _GK_ |
| | DATE 6-14-04 |

### MOTION TO ADMIT ATTORNEY MARK E. PORADA
### *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

(1) Defendant Unum Life Insurance Company of America ("Unum") seeks to have Attorney Mark E. Porada appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to the Local Rule 83.5.3.

(2) I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for Defendant Unum in this case. I am a partner in the law firm of Pierce Atwood.

(3) I am actively associated with Attorney Mark E. Porada, who is an associate at Pierce Atwood.

(4) Accompanying this Motion is a Certificates by Mark E. Porada certifying that she meets the requirements specified in Local Rule 83.5.3.

(5) No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

{W0247374.1}

WHEREFORE, I hereby move that Mark E. Porada be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

DATED: June 11, 2004

John J. Aromando, BBO # 545648
PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant
Unum Life Insurance Company of America*

{W0247374.1}