FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 14  A 11: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DANIEL F. DONAHUE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 03-12456-GAO |
| ) | |
| UNUMPROVIDENT CORPORATION ) | |
| d/b/a UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant ) | |

### CERTIFICATE OF MARK E. PORADA
### FOR ADMISSION *PRO HAC VICE* IN THE
### U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3, John J. Aromando (Bar Reg. No. 545648) who has entered an appearance in this case, has moved this Court to grant leave for Mark E. Porada to practice before this Court in this particular case.

Furthermore, I, Mark E. Porada, do hereby certify the following:

(1) I am a member in good standing of the bars of every jurisdiction where I have been admitted to practice, which includes the United States District Court for the District of Maine.

(2) My office address and telephone number are: Pierce Atwood, One Monument Square, Portland, ME 04101 (207-791-1100).

(3) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

{W0247374.1}

(4)     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in the case *Daniel F. Donahue v. UnumProvident Corporation d/b/a Unum Life Insurance Company of America.*

Sworn to this date under penalties of perjury.

DATED: June 4, 2004

_____
Mark E. Porada

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0247374.1}