FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS JUN 14  A 11: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

DANIEL F. DONAHUE,                          )
                                            )
            Plaintiff                       )
                                            )
    v.                                      )        Civil Action No. 03-12456-GAO
                                            )
UNUMPROVIDENT CORPORATION                   )
d/b/a UNUM LIFE INSURANCE                    )
COMPANY OF AMERICA,                         )
                                            )
            Defendant                       )

## **NOTICE OF APPEARANCE**

In accordance with Local Rule 83.5.2 of the United States District Court for the

District of Massachusetts the below-named attorney enters an appearance as counsel for

Defendant Unum Life Insurance Company of America:

> Mark E. Porada
> Pierce Atwood
> One Monument Square
> Portland, ME  04101
> (207) 791-1100

DATED: June 11, 2004

Mark E. Porada

PIERCE ATWOOD
One Monument Square
Portland, ME  04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0247374.1}

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the within documents were served upon

counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

> Kevin Donius, Esq.
> Corcoran, Fitzgerald & Hennessey, LLC
> 500 Granite Avenue
> Milton, MA  02186

DATED: 6/11/04

_____
John J. Aromando, BBO #545648

PIERCE ATWOOD
One Monument Square
Portland, ME  04101
(207) 791-1100

{W0247374.1}