UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL F. DONAHUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-12456-GAO |
| ) | |
| UNUMPROVIDENT CORPORATION ) | |
| d/b/a UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR AN EXTENSION OF TIME
### FOR FILING DISPOSITIVE MOTIONS

Plaintiff Daniel F. Donahue and Defendant Unum Life Insurance Company of America ("Unum") hereby jointly move for a brief extension of time to file dispositive motions in this action, and in support of their motion state as follows.

Plaintiff's Complaint states a claim for denial of benefits under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001, *et seq.* ("ERISA"), arising from Unum's denial of Plaintiff's claim for disability benefits under a group insurance policy issued by Unum. The parties have agreed that the Court's review will be confined to the administrative record compiled by Unum during the claims process, and the Court will resolve this dispute upon cross-motions for judgment on the administrative record. (Joint Statement of the Parties, Docket No. 12.)

At the Court's scheduling conference held on July 7, 2004, the Court adopted the parties' proposed schedule for the filing of dispositive motions for judgment on the administrative record. Under that schedule, Unum's motion for judgment is due on October 8, 2004; Plaintiff's opposition and cross-motion for judgment is due on November 8, 2004; Unum's reply and

opposition to Plaintiff's cross-motion is due on November 22, 2004; and Plaintiff's reply in support of his cross-motion is due on December 3, 2004.

On July 9, 2004, the Court referred this case to the Court's alternative dispute resolution program. (Docket No. 13.) The parties have just recently been contacted by Judge Mazzone's chambers to schedule the required mediation in this case. Judge Mazzone will be scheduling the mediation for October 14, 2004, the first available date that is also consistent with the parties' schedules. That date is four days after Unum's dispositive motion for judgment is scheduled to be due.

The parties are optimistic that the case can be resolved through mediation. However, the likelihood of reaching a successful resolution of the matter at the mediation will be improved if neither party has to expend significant time and effort preparing dispositive motions prior to the mediation. The parties would prefer to devote their time and resources to preparing for the mediation and, hopefully, reaching a successful settlement of the case. Accordingly, the parties jointly request a brief extension of time for the filing of their dispositive motions until after the mediation currently scheduled for October 14, 2004.

Therefore, the parties respectfully request that the Court allow their motion and extend the deadlines for filing dispositive motions for judgment on the administrative record as follows:

- Defendant's motion for judgment on the administrative record will be due on October 29, 2004;

- Plaintiff's opposition and cross-motion for judgment on the administrative record, if any, will be due on November 30, 2004;

- Defendant's reply and/or opposition to Plaintiff's cross-motion for judgment on the administrative record will be due on December 14, 2004; and

- Plaintiff's reply in support of his cross-motion for judgment on the administrative record, if any, will be due on December 23, 2004.

Respectfully submitted,

_____
Kevin Donius
CORCORAN, FITZGERALD & HENNESSEY, LLC
500 Granite Avenue
Milton, MA 02186
(617) 696-5700

*Counsel for Plaintiff*
*Daniel F. Donahue*

Dated: September 8, 2004

_____
Mark E. Porada
PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1110

*Counsel for Defendant*
*Unum Life Insurance Company of America*

Dated: September 8, 2004