**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DANIEL DONAHUE
     Plaintiff(s)

v.

                                 CIVIL ACTION  NO. 03-12456-GAO

UNUM PROVIDENT CORP.
     Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE O'TOOLE

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]    On_____October 14, 2004_____, I held the following ADR proceeding:

     _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION

     _X___ MEDIATION     _____ SUMMARY BENCH / JURY TRIAL

     _____ MINI-TRIAL     ____ SETTLEMENT CONFERENCE

     All parties were represented by counsel  [except _____]

     The parties  were / were not  present in person or by authorized corporate officer [except

     _____].

     The case was:

[ X ]    Settled.  Your clerk should enter a_____60_____ day order of dismissal.

[ ]    There was progress.  A further conference has been scheduled for_____unless the case is

     reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

     case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

     _____

     _____

October 14, 2004                            _____/s/_____

DATE                              ADR Provider

                                    MARIANNE B. BOWLER ,U.S.Ch.M.J._____

                                    _____

                                    _____

(ADRreport.wpd - 4/12/2000)                         [adrrpt.]