UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL F. DONAHUE,<br><br>    Plaintiff,<br><br>v.<br><br>UNUMPROVIDENT CORPORATION<br>d/b/a UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-12456-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

NOW COME the Plaintiff, Daniel F. Donahue, and the Defendant, UnumProvident Corporation d/b/a Unum Life Insurance Company of America, in the above-entitled matter and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that the above-entitled action, including all counts of the Complaint, and all claims and counterclaims which actually were asserted or which could have been asserted, shall be dismissed with prejudice, without costs to any party, and waiving all rights of appeal.

Respectfully submitted,

_____
Kevin Donius
CORCORAN, FITZGERALD & HENNESSEY, LLC
500 Granite Avenue
Milton, MA 02186
(617) 696-5700

*Counsel for Plaintiff*
*Daniel F. Donahue*

Dated: October 29, 2004

_____
Mark E. Porada
PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1110

*Counsel for Defendant*
*Unum Life Insurance Company of America*

Dated: October 25, 2004